PER CURIAM.
Affirmed. See Nodar v. Galbreath, 462 So.2d 803 (Fla.1984); Teare v. Local Union No. 295, 98 So.2d 79 (Fla.1957); Coogler v. Rhodes, 38 Fla. 240, 21 So. 109 (1897); Beck v. Lipkind, 681 So.2d 794 (Fla. 3d DCA 1996); Demby v. English, 667 So.2d 350 (Fla. 1st DCA 1995); Tucker v. Resha, 634 So.2d 756 (Fla. 1st DCA 1994); Northwest Florida Home Health Agency v. Merrill, 469 So.2d 893 (Fla. 1st DCA 1985); Huszar v. Gross, 468 So.2d 512 (Fla. 1st DCA 1985); Belcher v. Schilling, 349 So.2d 185 (Fla. 3d DCA 1977); § 455.225(11), Fla. Stat. (1993).